UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20218-CIV-UNGARO

PAOLO ORTIZ, JIM ANGULO,
EVELYN LARZABAL, GUSTAVO
SALAZAR, FERNANDO ARQUIBOLA,
JOHN JAIRO PEREZ, MARIA PEREZ,
f/k/a MARIA CARRON, and others similarly
situated,
    Plaintiffs,
v.

SANTULI CORP., a Florida corporation,
d/b/a CHURROS MANOLO, and
JUAN MANUEL SANTURIAN,
individually,
    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW ADDITIONAL TIME IN WHICH TO SET INITIAL MEDIATION

THIS CAUSE is before the Court upon Plaintiff's Motion to Allow Additional Time in Which to Set Initial Mediation, filed April 9, 2008. (D.E. 18.)

THE COURT has considered the motion, the pertinent portions of the record and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is GRANTED. The parties shall notify the Court of the initial mediation date no later than **April 11, 2008**. The parties are reminded that pursuant to the Court's February 6, 2008 Order, the parties must complete mediation on or before May 5, 2008 (within 45 days of March 21, 2008, the date Defendant's response to Plaintiff's statement of claim was due).

DONE AND ORDERED in Chambers at Miami, Florida, this __10__ day of April, 2008.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE