UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20218-CIV-UNGARO/SIMONTON
<u>CONSENT CASE</u>

PAOLO ORTIZ, et al.,

    Plaintiffs,

v.

SANTULI CORP., etc., et al.,

    Defendants.
_____/

<u>ORDER STAYING CASE AS TO DEFENDANT SANTULI CORP.
UPON SUGGESTION OF BANKRUPTCY</u>

On September 9, 2009, Defendant Santuli Corp. filed a Suggestion of Bankruptcy (DE # 129), informing the Court that on September 7, 2009, Defendant Santuli Corp. filed a Voluntary Petition for bankruptcy under Chapter 11 of the U.S. Bankruptcy Code.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that, pursuant to 11 U.S.C. § 362, this case is STAYED as to Defendant Santuli Corp. until the conclusion of the Chapter 11 bankruptcy action involving Defendant Santuli Corp. Should the Bankruptcy Court lift the automatic stay in this matter, the parties must provide the Court with a copy of any such order within ten days of its issuance. This Order does not stay this action as to Defendant Juan Manuel Santurian.

**DONE AND ORDERED** in Miami, Florida, on September 9, 2009.

                                                _____
                                                ANDREA M. SIMONTON
                                                UNITED STATES MAGISTRATE JUDGE

**Copies provided to:**
    all counsel of record via CM/ECF