UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20218-CIV-UNGARO/SIMONTON
<u>CONSENT CASE</u>

PAOLO ORTIZ, et al.,

    Plaintiffs,

v.

SANTULI CORP., and
JUAN MANUEL SANTURIAN,

    Defendants.
    _____/

### ORDER GRANTING, BY DEFAULT, PLAINTIFFS' AMENDED MOTION FOR AWARD OF ATTORNEY'S FEES AND REASONABLE COSTS OF LITIGATION

Presently pending before the Court is Plaintiffs' Amended Motion For Award of Attorney's Fees and Reasonable Costs of Litigation against Defendant Santurian (DE ## 136, 139).[1]  Based upon the consent of the parties, this case is referred to the undersigned Magistrate Judge for final disposition (DE # 37).

In their motion, Plaintiffs, as the prevailing party in this case, request attorney's fees in the amount of $136,815.00 and reasonable litigation costs in the amount of $10,134.22, for a total award of $146,949.22.[2]  Plaintiffs also asks this Court to reserve jurisdiction to assess attorney's fees against Defendant Santuli Corp. once it emerges from bankruptcy or until such time as the bankruptcy court allows Plaintiffs to move for

---

[1] The case is stayed as to Defendant Santuli Corp. due to its filing of a suggestion of bankruptcy (DE ## 129, 130).

[2] Plaintiffs' attorney, Eddy Marban, Esq. states that he has worked 389.15 hours at an hourly rate of $350.00, for a total of $136,115.00, plus 7.0 hours at an hourly rate of $100.00, for a total of $700.00 for work done by paralegal Monica Valenzuela (DE # 136-1 at 26; Ex. A at 25).  However, 389.15 times $350.00 equals $136,202.50.  Thus, attorney Marban has not asked for $87.50 in attorney's fees which he could claim.

attorney's fees and litigation expenses as to Defendant Santuli Corp. (DE # 135 at 2-3).

Defendant Santurian has not filed a response to this motion. The last day for Santurian to file a timely response to this motion was December 18, 2009 (DE # 140).[3]

Therefore, pursuant to Local Rule 7.1 C., it is

**ORDERED AND ADJUDGED** that Plaintiffs' Amended Motion For Award of Attorney's Fees and Reasonable Costs of Litigation (DE # 136), is **GRANTED by default**. Defendant Santurian shall pay Plaintiffs of $146,949.22, consisting of attorney's fees in the amount of $136,815.00 and reasonable litigation costs in the amount of $10,134.22. The undersigned reserves jurisdiction to consider a motion for attorney's fees against Defendant Santuli Corp.

**DONE AND ORDERED** in chambers in Miami, Florida on January 7, 2010.

_Andrea M. Simonton_
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

**Copies via CM/ECF to all counsel of record**

---

[3] On October 14, 2009, the undersigned entered a paperless order granting Defense counsel's unopposed motion to withdraw, in which Defendant Santurian was given until November 4, 2009 to obtain new counsel of record or to file a Notice of Intention to proceed pro se, and all proceedings in the case were stayed through November 4, 2009. The Order also gave Santurian until November 16, 2009 to respond to Plaintiff's Amended Motion For Attorney's Fees and Costs (DE # 138). On November 19, 2009, the undersigned entered an Order noting that, due to a technical error, the October 14, 2009 Order was never served upon Santurian. Therefore, Defendant Santurian was given until December 4, 2009 to obtain new counsel of record or to file a Notice of Intention to proceed pro se, and all proceedings in the case were stayed through December 4, 2009. Santurian was granted until November 18, 2009 to respond to Plaintiff's Amended Motion For Attorney's Fees and Costs and Plaintiff's Motion for Leave To Proceed With Complaint in Aid of Execution. The Order warned Santurian that failure to respond might result in the motions being granted without further proceedings (DE # 140). Defendant Santurian has made no filings to this date.