UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20218-CIV-UNGARO/SIMONTON
<u>CONSENT CASE</u>

PAOLO ORTIZ, et al.,

    Plaintiffs,

v.

SANTULI CORP., and
JUAN MANUEL SANTURIAN,

    Defendants.
_____/

**FINAL JUDGMENT IN FAVOR OF PLAINTIFFS ON ATTORNEY'S FEES AND REASONABLE COSTS OF LITIGATION**

Based upon this Court's Order awarding attorney's fees and reasonable costs of litigation to Plaintiffs, Final Judgment as to attorney's fees and reasonable costs of litigation is hereby entered in favor of the Plaintiffs and against Defendant JUAN MANUEL SANTURIAN.  Plaintiffs shall recover from Defendant Santurian $146,949.22, consisting of attorney's fees in the amount of $136,815.00 and reasonable litigation costs in the amount of $10,134.22, for which sum let execution issue.

As the case is stayed against Defendant Santuli Corp due to its bankruptcy filing, the undersigned reserves jurisdiction to consider a motion for attorney's fees and reasonable costs of litigation against Defendant Santuli Corp.

**DONE AND ORDERED** in Miami, Florida, on January 7, 2010.

                                                                                  */s/ Andrea M. Simonton*
                                                          **ANDREA M. SIMONTON**
                                                          **UNITED STATES MAGISTRATE JUDGE**

Copies furnished via CM/ECF to:
All counsel of record